159 So. 888

James SHARP v. STATE.
4 Div. 761.

Supreme Court of Alabama.
Nov. 15, 1934.

Rehearing Denied Jan. 24, 1935.

E. C. Boswell, of Geneva, for appellant.

Thos. E. Knight, Jr., Atty. Gen., for the State.

FOSTER, Justice.
This case is appealed on the record alone. The record shows a compliance with the statutory requirements, such as were fully discussed in the case of Jack Curtis v. State of Alabama, 229 Ala. 414, 157 So. 481, this day decided by this court, and needs no further comment.

The judgment of the circuit court is affirmed.

Affirmed.

ANDERSON, C. J., and GARDNER and BOULDIN, JJ., concur.